JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Telephone: (702) 240-5191
Facsimile: (702) 240-5797
twilcox@lvlawfirm.com
*ATTORNEY FOR PLAINTIFFS*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NILE LEATHAM, and THE ESTATE OF MARIE LEATHAM-DAVIS<br><br>Plaintiffs,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a foreign entity; SAFECO INSURANCE COMPANY OF ILLINOIS, a foreign entity; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants, | Case No. 2:23-cv-01432-JCM-DJA |

**STIPULATION AND ORDER TO EXTENDING BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**(First Request)**

The Parties have stipulated to give Plaintiffs' an additional fourteen (14) day extension of time to file their Response to Defendant's Motion for Summary Judgment (ECF No. 29) in this matter. The reasons supporting this stipulation are as follows: Plaintiffs' counsel has been traveling out of town conducting out of state meetings and depositions. Plaintiffs' counsel requires additional time to meet and confer with his clients in preparation for their response. Plaintiffs wish to provide the Court a complete outline of facts and issues.

The Plaintiffs request a fourteen (14) day extension of time, up to and including, October 16, 2024, for them to file their Response. In exchange, Defendants shall be given a (14) day extension of time to file their Reply, meaning Defendants will have until November 13, 2024 to file their reply. This is the first extension of time requested by the Parties related to this Motion (ECF No. 29).

IT IS STIPULATED AND AGREED by and between the parties that Plaintiff shall have up to and including October 16, 2024, to file their Response/Opposition to Defendant's Motion for Summary Judgment (ECF No. 29). Defendant shall then have until November 13, 2024 to file their reply.

DATED this 25th day of September, 2024

**BOWEN LAW OFFICES**

*/s/ Jerome R. Bowen, Esq.*
Jerome R. Bowen, Esq.
Nevada Bar No. 4540
Attorney for Plaintiff

DATED this 25th day of September, 2024

**CLYDE & CO US LLP**

*/s/ Lee H. Gorlin, Esq.*
Amy M. Samberg, Esq.
Nevada Bar No. 10212
Lee H. Gorlin, Esq.
Nevada Bar No. 13879
Attorneys for Safeco Insurance Company of America and Safeco Insurance Company of Illinois

### ORDER

IT IS SO ORDERED.

Dated September 26, 2024.

U.S. DISTRICT JUDGE