1  JEROME R. BOWEN, ESQ.
   Nevada Bar No. 4540
2  **BOWEN LAW OFFICES**
   9960 W. Cheyenne Ave., Suite 250
3  Las Vegas, Nevada 89129
   Telephone: (702) 240-5191/Facsimile: (702) 240-5797
4  twilcox@lvlawfirm.com
   ATTORNEY FOR PLAINTIFFS

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NILE LEATHAM, and THE ESTATE OF MARIE LEATHAM-DAVIS  Plaintiffs,  vs.  SAFECO INSURANCE COMPANY OF AMERICA, a foreign entity; SAFECO INSURANCE COMPANY OF ILLINOIS, a foreign entity; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,  Defendants, | Case No. 2:23-cv-01432-JCM-DJA  **STIPULATION AND ORDER TO EXTENDING BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** (Second Request) |

The Parties have stipulated to give Plaintiffs' an additional five (5) day extension of time to file their Response to Defendant's Motion for Summary Judgment (ECF No. 29) in this matter. The reasons supporting this stipulation are as follows: Plaintiffs' counsel has been out of the office as he has been ill.  Counsel had agreed to the extension prior to the expiration of the deadline, however, due to Plaintiffs' counsel being ill and out of office, the stipulation is submitted as soon thereafter for both counsel to review and approve.

Due to the circumstances, Plaintiffs' counsel requires additional time to meet and confer with his clients in preparation for their response. Plaintiffs wish to provide the Court a complete outline of facts and issues.

The Plaintiffs request a five (5) day extension of time, up to and including, October 21, 2024, for them to file their Response. In exchange, Defendants Reply deadline would be extended from November 13, 2024 to November 25, 2025, which adds five (5) days to the twenty-eight (28) days from the previous stipulation and order and accounting for that day falling on a holiday weekend. This is the second extension of time requested by the Parties related to this Motion (ECF No. 29).

IT IS STIPULATED AND AGREED by and between the parties that Plaintiff shall have up to and including October 21, 2024, to file their Response/Opposition to Defendant's Motion for Summary Judgment (ECF No. 29). Defendant shall then have until November 25, 2024 to file their reply.

DATED this 15th day of October, 2024

**BOWEN LAW OFFICES**

/s/ Jerome R. Bowen, Esq.
Jerome R. Bowen, Esq.
Nevada Bar No. 4540
Attorney for Plaintiff

DATED this 15th day of October, 2024

**CLYDE & CO US LLP**

/s/ Lee H. Gorlin, Esq.
Amy M. Samberg, Esq.
Nevada Bar No. 10212
Lee H. Gorlin, Esq.
Nevada Bar No. 13879
Attorneys for Safeco Insurance Company of America and Safeco Insurance Company of Illinois

**ORDER**

IT IS SO ORDERED.

Dated October 18, 2024.

_____
U.S. DISTRICT JUDGE

Page 2 of 2