Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Lee H. Gorlin (NV Bar No. 13879)
lee.gorlin@clydeco.us
CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128
Telephone: 725-248-2900
Facsimile:725-248-2907

*Attorneys for Safeco Insurance Company of America and Safeco Insurance Company of Illinois*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NILE LEATHAM, and THE ESTATE OF MARIE LEATHAM-DAVIS,<br><br>Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a foreign entity; SAFECO INSURANCE COMPANY OF ILLINOIS, a foreign entity; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | CASE NO.:  2:23-cv-01432-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE AND SERVE REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>**(Third Request)[1]** |

Plaintiffs NILE LEATHAM ("Nile"), and THE ESTATE OF MARIE LEATHAM (the "Estate") (collectively "Plaintiffs"), and Defendants SAFECO INSURANCE COMPANY OF ILLINOIS ("SICI") and SAFECO INSURANCE COMPANY OF AMERICA ("SICA") (collectively "Safeco," and with collectively with Plaintiffs, the "Parties") hereby stipulate to allow Safeco an extension of ten (10) days in which to file and serve its Reply in Support of its Motion for Summary Judgment.  (ECF No. 29).  The reasons supporting this stipulation are as follows: Defendants' counsel has been inundated with a deluge of emergency filings in other matters, all of which were unexpected.  In light of the unexpected volume of the filings in other matters,

---

[1] This is the third request for an extension of briefing deadlines as a whole (ECF Nos. 31 and 35), but the first specifically related to Defendants' Reply.

1  Defendants' counsel requires additional time to confer with their clients in preparation for their
2  Reply in order to prepare a complete Reply without the need for supplemental briefing (which is
3  discouraged).  Finally, Defendants request a ten (10) day extension due to the intervening
4  Thanksgiving Holiday wherein conferral with clients is not expected to be practicable. Defendants
5  anticipate no further extensions needed.

6  With this extension, Defendants' Reply deadline would be extended from November 25,
7  2024, to December 5, 2024, again accounting for the intervening Thanksgiving Weekend.  This is
8  the third extension of time requested by the Parties related to this Motion as a whole (ECF Nos. 31
9  and 35).

10  IT IS STIPULATED AND AGREED by and between the parties that Defendants shall have
11  up to and including December 5, 2024 to file their reply.

12  Dated:  November 19, 2024

BOWEN LAW OFFICES

By: */s/ Jerome R. Bowen*
Jerome R. Bowen (NV Bar No. 4540)
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129

*Attorneys for Plaintiffs*

CLYDE & CO US LLP

By: */s/ Lee H. Gorlin*
Amy M. Samberg (NV Bar No. 10212)
Lee H. Gorlin (NV Bar No. 13879)
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

DATED: November 22, 2024
_____

_____
UNITED STATES DISTRICT JUDGE

- 2 -

## **CERTIFICATE OF SERVICE**

As an employee of Clyde & Co US LLP, I certify that a copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE AND SERVE REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT (Third Request)** was served by the method indicated:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☒ **BY ELECTRONIC SERVICE:** submitted to the above-entitled Court for electronic service upon the Court's Registered Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

Dated: November 19, 2024

*/s/ Debbie Shuta*
An Employee of Clyde & Co US LLP

- 3 -